IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY DEAN MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-66-DRH-DGW |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Withdraw filed by Plaintiff's counsel, Kenneth Leeds, on June 14, 2016 (Doc. 40). For the reasons set forth at the hearing held on June 22, 2016 (Doc. 44), and over Defendant's objections, the Motion is **GRANTED**.

Plaintiff is informed that he is now proceeding *pro se* in this matter, that is, without representation. Plaintiff should retain other counsel as soon as possible; however, if Plaintiff elects to proceed in this matter without an attorney, he should review the *Pro Se Litigant Guide*, located on the Court's webpage, www. Ilsd.uscourts.gov (under the "Attorney Information tab). Plaintiff is required to notify the Clerk of Court of his current address and to file a notice within seven (7) days of any change in address. *See* Local Rule 3.1

This matter is set for an *in person* status conference on **July 28, 2016 at 2:00 p.m.** in the East St. Louis Federal Courthouse, 750 Missouri Avenue, East St. Louis, Illinois 62201, Courtroom 4. If Plaintiff has not retained counsel by that date, he shall appear in person.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Plaintiff at the address provided by his former counsel, 1171 Highway CC, Piedmont, Missouri 63957.

**IT IS SO ORDERED.**

**DATED: June 23, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**